**FILED**
OCT 26 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JESSE DELGADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>T. FELKER, Warden,<br><br>　　　　Respondent. | Case No. CV 08-6832-DSF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 10/26/09

_Dale S. Fischer_
Dale S. Fischer
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY